UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

VALERIE JACKSON,

    Plaintiff,

v.

                                CASE NO.: 6:18-cv-00271-ACC-KRS

COMENITY BANK LLC,

    Defendant.

_____/

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SERVE COMPLAINT**

Plaintiff, Valerie Jackson, through counsel, respectfully requests a thirty-day extension of time to serve Defendant, with the Summons and Complaint.  In support of this motion, Plaintiff states as follows:

1. Plaintiff filed her Complaint of February 23, 2018 [DE 1].

2. At the commencement of this action, Fed. R. Civ. P. 4(b) required the summons and complaint to be served within one hundred twenty days (January 2, 2016). However, Rule 4(m) was subsequently amended, effective December 1, 2015, requiring service to be completed within ninety days.

3. Rule 4(m) also permits the Court to extend the time for service of an appropriate period, if "plaintiff shows good cause for the failure" to effect timely service.

4. "Good cause is due to be equated with the concept of excusable neglect outlined in Fed.R.Civ.P. 6(b)(2), which requires a demonstration of good faith on the part of the party seeking an enlargement and some reasonable basis for noncompliance within the time specified in the rules." *Madison v. BP Oil Co.,* 928 F. Supp. 1132, 1137 (S.D. Ala. 1996)(internal citations omitted)(emphasis added).

5. Undersigned counsel has filed lawsuits against Comenity Bank LLC in the past. The undersigned contacted attorneys who represented Defendant in prior actions. These attorneys advised undersigned counsel that Comenity is not a proper party defendant and that counsel for Bill Me Later, Inc. would contact undersigned counsel.

6. On May 15, 2018, counsel for Defendant Bill Me Later, Inc. and Plaintiff's counsel communicated.

7. Plaintiff is filing a First Amended Complaint contemporaneous with the filing of this motion naming Bill Me Later, Inc. as a party defendant in this action.

8. Accordingly, Plaintiff maintains that undersigned counsel's failure to serve the summons and complaint in this action was the result of his excusable neglect which demonstrates good cause. *See Madison*, at 1137.

9. This motion is filed in good faith and not for purposes of delay. No party will be harmed by a grant of the relief requested.

WHEREFORE Plaintiff, Valerie Jackson, respectfully requests a thirty thirty-day extension of time to serve the Complaint to Defendant and requests such other and further relief as the Court deems just and proper.

Dated: May 23, 2018                Respectfully submitted,

*/s/ Seth M. Lehrman*
Seth M. Lehrman (Fla. Bar No. 132896)
Email: seth@epllc.com
EDWARDS POTTINGER LLC
425 North Andrews Avenue, Suite 2
Fort Lauderdale, FL 33301
Telephone: (954) 524-2820
Facsimile: (954) 524-2822

*Attorney for Plaintiff*

2